**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON MARIE JENKINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT DUFFY, et al.** | : | **NO. 13-5181** |

<u>MEMORANDUM</u>

ROBRENO, J.                                                SEPTEMBER 10, 2013

Plaintiff Sharon Marie Jenkins, who seeks to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, brought this civil action against numerous defendants.  She claims that the defendants stole a "MEGA-Fortune from [her] paternal father's vast MEGA Fortune Estate and committed the murdering of [her] family members to keep [their] inheritance by committing fraud through Identify Theft and the Fraudulent reading of [her] paternal father's will." (Compl. ¶ V.)  Attachments to the complaint provide further details as to how plaintiff believes that the defendants carried out their alleged theft. As a result, plaintiff claims to have suffered, among other things, sexual assault, psycholocical abuse, "HIV + Contamination and Exposure AIDS Exposure," and various types of cancer, including "Brain Cancer by burning out the Brain."  (<u>Id.</u> ¶ V.) She has also identified property that she believes she is entitled to, including, among other things, a United States Postal Service Building and various hotels, inns, and corporate property.

Plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted because he has satisfied the requirements set forth in 28 U.S.C.

§ 1915.  Accordingly, 28 U.S.C. § 1915(e)(2)(B) applies.  That
provision requires the Court to dismiss the complaint if, among
other things, it is frivolous.  A complaint is frivolous if it
"lacks an arguable basis either in law or in fact."  Neitzke v.
Williams, 490 U.S. 319, 325 (1989).  It is legally baseless if it
is "based on an indisputably meritless legal theory," Deutsch v.
United States, 67 F.3d 1080, 1085 (3d Cir. 1995), and factually
baseless "when the facts alleged rise to the level of the
irrational or the wholly incredible."  Denton v. Hernandez, 504
U.S. 25, 33 (1992).

     The Court will dismiss the complaint as factually frivolous.
Plaintiff's allegations lack a basis in reality and rise to the
level of the wholly incredible.  Plaintiff will not be given
leave to amend because amendment would be futile.  See Grayson v.
Mayview State Hosp., 293 F.3d 103, 112-13 (3d Cir. 2002).  An
appropriate order follows.

2