IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MARIE JENKINS | : | CIVIL ACTION |
| v. | : | |
| ROBERT DUFFY, et al. | : | NO. 13-5181 |

## ORDER

AND NOW, this 10 day of September, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1.  Leave to proceed in forma pauperis is GRANTED.

2.  Plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff is not given leave to file an amended complaint.

3.  The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.